

JUL 11 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,<br><br>    Plaintiff,<br><br>v.<br><br>GRISWOLD REFRIGERATION, INC., t/a TRU-TEMPERATURE REFRIGERATION a/k/a TRU-TEMP REFRIGERATION,<br><br>    Defendant. | Civil Action No. 1:07cv685 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated June 19, 2008. Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED and the Plaintiffs are awarded for the months of February 2007 through July 2007, the following amounts: $397.69 in liquidated damages, $139.74 in interest accrued through the date of payment, attorneys' fees in the amount of $1,610.00 and $681.29 in costs. It is

FURTHER ORDERED that the Defendant is enjoined from further violations of the terms of the benefit plan and the Defendant is required to submit timely reports and contributions to the Fund.

/s/
Claude M. Hilton
United States District Judge

UNITED STATES DISTRICT JUDGE

Alexandria, Virginia

July _11_, 2008